**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| **Cameron Hower, on behalf of himself and others similarly situated**<br><br>**Plaintiff,**<br><br>v.<br><br>**Express Technologies, Inc.,**<br><br>**Defendant.** | **CIVIL ACTION NO. 3:16-cv-009** |

**NOTICE OF SETTLEMENT**

COME NOW Plaintiff Cameron Hower and Defendant Express Technologies, Inc., by their respective undersigned counsel, and hereby advise the Court that the parties have reached a settlement in this matter. The parties anticipate filing a motion for settlement approval with the Court in the near future.

        Respectfully submitted,

By: \_\_\_/s/_____
Philip Justus Dean (VSB No. 86335)
Craig Juraj Curwood (VSB No. 43975)
Attorneys for Plaintiff
Curwood Law Firm, PLC
530 E. Main Street, Suite 710
Richmond, VA 23219
Telephone: (804) 788-0808
Fax: (804) 767-6777
pdean@curwoodlaw.com
ccurwood@curwoodlaw.com


By: \_\_\_/s/_____
Paul A. Simpson (VSB No. 27460)
Medford J. Brown, IV (VSB No. 76543)
Parrish Snead Franklin Simpson, PLC
Attorneys for Defendant
P.O. Box 7166
Fredericksburg, VA 22404
Tel: (540) 373-3500
Fax: (540) 899-6394
simpson@parrishsnead.com
brown@parrishsnead.com

## CERTIFICATE OF SERVICE

      This is to certify that on this 5th day of April, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following counsel of record:

        Paul A. Simpson
        Medford J. Brown, IV
        Parrish Snead Franklin Simpson, PLC
        P.O. Box 7166
        Fredericksburg, VA 22404
        Tel: (540) 373-3500
        Fax: (540) 899-6394
        simpson@parrishsnead.com
        brown@parrishsnead.com

        By: \_\_\_/s/_____
           Philip Justus Dean