# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| **Cameron Hower** <br><br> **Plaintiff,** <br><br> v. <br><br> **Express Technologies, Inc.,** <br><br><br> **Defendant.** | **CIVIL ACTION NO. 3:16-cv-009** |

## STIPULATION OF VOLUNTARY DISMISSAL

NOW COME the parties, Cameron Hower and Express Technologies, Inc., by counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and stipulate to the dismissal **with prejudice** of the Complaint filed by the Plaintiff, each party to bear its fees and costs as agreed to between the parties.

Jointly submitted,

By: _/s/ Philip Justus Dean_
Philip Justus Dean (VSB NO. 86335)
Craig Juraj Curwood (VSB No. 43975)
Curwood Law Firm
530 E. Main Street, Suite 710
Richmond, VA  23219
Telephone:    804-788-0808
Facsimile:    804-767-6777
E-Mail:    ccurwood@curwoodlaw.com
E-Mail:    pdean@curwoodlaw.com

*Counsel for Plaintiff*

By: ___/s/_____
Paul A. Simpson (VSB No. 27460)
Medford J. Brown, IV (VSB No. 76543)
Parrish Snead Franklin Simpson, PLC
P.O. Box 7166
Fredericksburg, VA 22404
Telephone: (540) 373-3500
Facsimile: (540) 899-6394
E-Mail: simpson@parrishsnead.com
E-Mail: brown@parrishsnead.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14<u>th</u> day of April 2016, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court for the Eastern District of Virginia, using the CM/ECF system, which will send a notification of such filing to the following:

Paul A. Simpson (VSB No. 27460)
Medford J. Brown, IV (VSB No. 76543)
Parrish Snead Franklin Simpson, PLC
P.O. Box 7166
Fredericksburg, VA 22404
Telephone: (540) 373-3500
Facsimile: (540) 899-6394
E-Mail: simpson@parrishsnead.com
E-Mail: brown@parrishsnead.com
*Counsel for Defendant*

By: ___/s/ Philip Justus Dean___
Philip Justus Dean (VSB No. 86335)
Craig Juraj Curwood (VSB No. 43975)
Curwood Law Firm
530 E. Main Street, Suite 710
Richmond, VA  23219
Telephone: 804-788-0808
Facsimile: 804-767-6777
E-Mail: pdean@curwoodlaw.com
E-Mail: ccurwood@curwoodlaw.com
*Counsel for Plaintiff*