IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| CAMERON HOWER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No.: 3:16CV009–HEH |
| EXPRESS TECHNOLOGIES, INC., | ) ) ) |
| Defendant. | ) |

## FINAL ORDER

THIS MATTER is before the Court on a Stipulation of Voluntary Dismissal (ECF No. 9) filed by the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). It appearing to this Court that all matters of controversy have been fully resolved and compromised, it is HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE, each party to bear its own costs and attorney's fees.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/
Henry E. Hudson
United States District Judge

Date: April 15, 2016
Richmond, VA